IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA BURCHETT WALKER, *in her individual capacity and as Executor of the Estate of Phillip Ray Alford*, WENDY ALFORD HANES, and JOADY JEAN GRUBB, *as Executor of the Estate of Phillip Ray Alford, Jr.*,<br><br>Defendants. | Case No. 1:19-cv-420 |

## ACCEPTANCE OF SERVICE

Defendant Joady Jean Grubb, Executor of the Estate of Phillip Ray Alford, Jr. ("Defendant"), through her undersigned counsel, hereby accepts service of the Summons and First Amended Complaint in Interpleader in the above-captioned matter (collectively, the "Pleadings"), which were provided to Defendant by counsel for Plaintiff Metropolitan Life Insurance Company on or before June 10, 2019. The Defendant hereby waives all defenses related to insufficiency of process or insufficiency of service of process. This acceptance of service shall not constitute a waiver or admission as to any other claim, defense, or issue, and Defendant reserves all rights with respect to the same.

This the 11th day of June, 2019.

_____
Holly B. Curry, North Carolina Bar No. 15775
Attorney at Law
212 N. State Street
Lexington, NC 27292
Telephone: 336-249-4900
Facsimile: 336-224-2097

*Counsel for Joady Jean Grubb, Executor of the Estate of Phillip Ray Alford, Jr.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

N/A

And was served upon all other parties by deposit in the United States Mail, Certified Mail/Return Receipt Request, postage prepaid, addressed as follows:

| | |
|---|---|
| Wendy Alford Hanes<br>P.O. Box 408<br>Lexington, NC 27293-0408 | Sandra Burchett Walker<br>174 Pinecrest Lane<br>Lexington, NC 27292 |

Holly B. Curry
Attorney at Law
212 N. State Street
Lexington, NC 27292
*Counsel for Defendant Joady Jean Grubb, as Executor for the Estate of Phillip Ray Alford, Jr.*

This the 14th day of June, 2019.

          **WOMBLE BOND DICKINSON (US) LLP**

By:   /s/ Jesse A. Schaefer
       Jesse A. Schaefer, N.C. State Bar No. 44773
       555 Fayetteville Street, Suite 1100
       Raleigh, NC 27601
       Telephone: (919) 755-8182
       Facsimile: (919) 755-6082
       Email: Jesse.Schaefer@wbd-us.com
       *Counsel for Plaintiff in Interpleader Metropolitan Life Insurance Company*